# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130907

MICHAEL YOUNG,
      Plaintiff-Appellee,

v

NATIONWIDE INSURANCE COMPANY
OF AMERICA,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130907
COA: 269187
Washtenaw CC: 04-001292-NF

On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

p0522